DORBET REALTY CO., INC., Respondent, v. WILKINS AVENUE MARKET, INC.,

and Others, Appellants, and HARRY SARETSKY and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.